■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN WALKER, Appellant. [836 NYS2d 482]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed February 14, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Goldstein, Dillon and McCarthy, JJ., concur.